Executors and Trustees under the Last Will of Homer S. Ramsdell, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

David W. Harris, Respondent, v. American Plumbing Manufacturing Companies, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

Elizabeth J. Heisler, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Pauline A. Heitz, Respondent, v. The City of Mount Vernon, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ.

Samuel Hoffman, Appellant, v. The Brooklyn Heights Railroad Company, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Bartholomew Hopkins, Respondent, v. Bernard Snyder, Defendant, Impleaded with Edward Snyder, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

George J. Hubbard, Appellant, v. City of Port Jervis, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Ann Hughes, Appellant, v. The Mathushek & Son Piano Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Rich and Miller, JJ., concurred.

William B. Hurd, Jr., as Committee, etc., of Sarah E. Maurice, an Incompetent Person, Respondent, v. Charles M. Chamberlain and James E. Graybill, Appellants.— Judgment and orders affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Application of William G. Ivie, Respondent, for the Removal of Charles H. Bunnell and Ida C. L. Bunnell, Appellants, from Certain Premises.— Appeal dismissed, with ten dollars costs and disbursements, on the authority of *Foote* v. *Lathrop* (41 N. Y. 358); *People ex rel. Brush* v. *Brown* (103 id. 684). (See, also, Code Civ. Proc. §§ 1342, 2260.) Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Philip Jacobs and Abraham Sterzelbach, Respondents, v. Ferdinand S. Ferguson, Jr., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

John Jacobson, Appellant, v. Alfred H. Motley and William S. Gartner, Respondents.— Judgment of the Municipal Court reversed and a new trial ordered, costs to abide the event, on the ground that plaintiff has failed to show compliance with the conditions of the contract entitling him to recover any sum thereunder after the 31st day of October, 1908. Hirschberg, P. J., Burr, Rich and Miller, JJ., concurred.